# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, et al.,<br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al.,<br>　　　　　　　　　　　Plaintiff,<br>　　　　　　　-against-<br>DENNIS J. FITZSIMONS, ENRIQUE HERNANDEZ JR., BETSY D. HOLDEN, ROBERT S. MORRISON, WILLIAM A. OSBORN, CHRISTOPHER REYES, DUDLEY S. TAFT, MILES D. WHITE, JEFFREY CHANDLER, ROGER GOODAN, WILLIAM STINEHART JR., CHANDLER BIGELOW, DONALD C. GRENESKO, MARK W. HIANIK, DANIEL G. KAZAN, CRANE H. KENNEY, THOMAS D. LEACH, LUIS E. LEWIN, R. MARK MALLORY, RUTHELLYN MUSIL, HARRY AMSDEN, STEPHEN D. CARVER, THOMAS S. FINKE, ROBERT GREMILLION, DAVID DEAN HILLER, TIMOTHY P. KNIGHT, TIMOTHY J. LANDON, RICHARD H. MALONE, DURHAM J. MONSMA, IRVING L. QUIMBY, JOHN E. REARDON, SCOTT C. SMITH, JOHN J. VITANOVEC, KATHLEEN M. WALTZ, DAVID D. WILLIAMS, JOHN D. WORTHINGTON IV, CHANDLER TRUST NO. 1, CHANDLER TRUST NO. 2, ROBERT R. McCORMICK FOUNDATION, CANTIGNY FOUNDATION, SAMUEL ZELL, EQUITY GROUP INVESTMENTS, L.L.C., EGI-TRB, L.L.C., SAM INVESTMENT TRUST, TOWER CH, L.L.C., TOWER DC, L.L.C., TOWER DL, L.L.C., TOWER EH, L.L.C., TOWER GREENSPUN DGSPT, LLC, TOWER GREENSPUN JGGSTP, LLC, TOWER GREENSPUN SGFFT, LLC, TOWER GREENSPUN, L.L.C., TOWER HZ, L.L.C., TOWER JB, L.L.C., TOWER JK, L.L.C., TOWER JP, L.L.C., TOWER JS, L.L.C., TOWER KS, L.L.C., TOWER LL, L.L.C., TOWER LM, L.L.C., TOWER LZ, L.L.C., TOWER MH, L.L.C., TOWER MS, L.L.C., TOWER MZ, L.L.C., TOWER NL, L.L.C., TOWER PH, L.L.C., TOWER PT, L.L.C., TOWER SF, L.L.C., TOWER TT, L.L.C., TOWER VC, L.L.C., TOWER WP, L.L.C., GREATBANC TRUST COMPANY, DUFF & PHELPS, LLC, VALUATION RESEARCH CORPORATION, DOES 1-25, MORGAN STANLEY & CO. INC., MORGAN STANLEY CAPITAL SERVICES, INC., MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CITIGROUP GLOBAL MARKETS, INC.,<br>　　　　　　　-and-<br>THE DFA INVESTMENT TRUST COMPANY, DFA INVESTMENT DIMENSIONS GROUP, INC., THE ALLIANCE BERNSTEIN PORTFOLIOS, FRANK W. DENIUS, DONALD M. HINMAN JR., LEWIS TAMAN, and WILLIAM F. WARCHOL, on behalf of themselves and a class of similarly situated persons and legal entities,<br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-54010 |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on November 9, 2010, a subpoena requesting the

information on the attached Exhibit A, was caused to be served via process server upon the

{698.001-W0010865.}

parties identified on the list attached hereto as Exhibit B.

Dated: Wilmington, Delaware
November 10, 2010

**LANDIS RATH & COBB LLP**

*[signature]*

Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
Thomas G. Macauley
**ZUCKERMAN SPAEDER LLP**
1800 M Street, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*

# *EXHIBIT A*

**Schedule A**

**REQUEST FOR PRODUCTION**

This Subpoena is a demand made by the Official Committee of Unsecured Creditors of Tribune Company (the "Committee"), to you, the named entity on the accompanying Subpoena, and certain of your affiliated entities. It is the Committee's understanding that you have or had clients who owned Tribune stock ("Beneficial Owners" as defined below) and who tendered or otherwise received cash for Tribune stock in connection with the leveraged buyout transaction ("LBO Transaction") of Tribune in 2007. The LBO Transaction occurred in two steps: the first step occurred on June 4, 2007, and the second step occurred on December 20, 2007.

While the terms of the Subpoena govern your obligations, in summary the Subpoena requests that you produce immediately basic contact information for those Beneficial Owners who tendered or exchanged Tribune shares for cash in connection with the LBO Transaction, along with information about the Beneficial Owners' Tribune holdings at the time of the LBO Transaction. To facilitate your search for information and production of documents containing the requested information, the Tribune CUSIP number is <u>896047107</u>.

**DEFINITIONS**

1. "Producing Party" means the named entity on the Subpoena to which this Schedule A is attached, its present and former parents, subsidiaries, predecessors, members, affiliated entities, agents, representatives, officers, executives, partners, directors, investigators, consultants, researchers, contractors, employees, advisors, accountants and attorneys, and other Persons acting, or who have acted, on its behalf or who are under its control.

2. "Person" means a natural person or any corporation, partnership, association, joint venture, firm, or other business enterprise or legal entity and includes both the singular and the plural.

3. "LBO Transaction" refers to the 2007 transaction through which Tribune became a private company in two steps ("Step One" and "Step Two," defined below).

4. "Step One" refers to the first stage of the LBO Transaction, which closed on June 4, 2007, by which Tribune agreed to purchase approximately 50% of the Company's outstanding shares (126,000,000 shares) for $34.00 per share in a tender offer.

5. "Step Two" refers to the second stage of the LBO Transaction, which closed on December 20, 2007, by which Tribune converted the remaining outstanding shares of Tribune stock to a right to receive $34.00 per share.

6. "Tribune" means Tribune Company, any and all predecessors or successors in interest thereof, and any and all of its officers, directors, employees, consultants, agents, representatives, executives, partners, investigators, consultants, researchers, contractors, advisors, accountants and attorneys, and any other persons acting, or who have acted, on its behalf.

7. "Beneficial Owner" has the meaning as described in Rule 13d-3 of the Securities Exchange Act of 1934, as amended.

## REQUESTS

1. Documents sufficient to identify (a) each Beneficial Owner of shares of Tribune stock that were purchased, repurchased, and/or redeemed by Tribune from the Producing Party at Step One of the LBO Transaction, (b) the number of shares purchased, repurchased and/or redeemed by Tribune for each such Beneficial Owner at Step One; (c) the estimated proceeds received by each such Beneficial Owner at Step One; and (d) the address of each such Beneficial Owner.

2. Documents sufficient to identify (a) each Beneficial Owner of shares of Tribune stock that were purchased, repurchased, redeemed, and/or converted to a right to receive cash by Tribune from the Producing Party at Step Two of the LBO Transaction, (b) the number of shares purchased, repurchased and/or redeemed by Tribune for each such Beneficial Owner at Step Two; (c) the estimated proceeds received by each such Beneficial Owner at Step Two; and (d) the address of each such Beneficial Owner.

3. Documents, including instruction forms, account opening documents, contracts, and other agreements, sufficient to identify or describe all obligations as between the Producing Party and any Beneficial Owner(s) relating to the purchase, repurchase and/or

redemption of Tribune stock in connection with Step One and/or Step Two of the LBO Transaction, including documents relating to (a) the Producing Party's obligations to turn over funds received or transmitted in connection with the purchase, repurchase and/or redemption of Tribune stock; (b) the Producing Party's ability or authority to invest, reinvest, retransmit or spend funds received or transmitted in connection with the purchase, repurchase and/or redemption of Tribune Stock; and (c) the Producing Party's ability or authority to exert other forms or manners of control over funds received or transmitted in connection with the purchase, repurchase and/or redemption of Tribune stock.

    4. Documents sufficient to determine whether each Beneficial Owner identified pursuant to Requests One and Two was acting as an intermediary or was otherwise not the ultimate beneficial owner of the Tribune shares that were tendered, purchased, repurchased, redeemed, or otherwise exchanged for cash in connection with one or both steps of the LBO Transaction. If the Beneficial Owners identified pursuant to Request Nos. 1 and 2, above, were not the ultimate beneficial owners, produce documents sufficient to identify the address of each such ultimate beneficial owner.

# *EXHIBIT B*

Alpine Associates, L.P.  
Todd J. MasonChief Compliance Officer  
100 Union Avenue  
Cresskill, NJ 07626

Alpine Partners L.P.  
Chris WhitePresident & Co-founder  
6400 Fiddlers Green Circle  
Suite 1840  
Englewood, CO 80111

BNY Convergex Execution Solutions LLC  
Lee A. Schneider, Esq.General Counsel  
1633 Broadway  
Floor 48  
New York, NY 10019

Chicago Mercantile Exchange, Inc.  
Craig Steven DonohueCEO  
20 South Wacker Drive  
Chicago, IL 60606

Chicago Mercantile Exchange, Inc.  
Gill PhupinderPresident  
20 South Wacker Drive  
Chicago, IL 60606

Citadel Trust Company  
Ilan D. DavidoviciPresident  
8630 Delmar Blvd.  
Suite 110  
St. Louis, MO 63124

EWT, LLC  
David Salomon and Vincent ViolaPartners  
9242 Beverly Blvd.  
Suite 300  
Beverly Hills, CA 90210

First American Capital and Trading Corp.  
E. Steven zum TobelFounder & Director  
1499 West Palmetto Park Rd.  
Suite 250  
Boca Raton, FL 33486

Harris N.A.  
Ellen CostelloCEO  
111 W. Monroe Street  
Chicago, IL 60603

Neuberger Berman Inc.  
Jeffery LanePresident & COO  
55 Water Street  
New York, NY 10041

Neuberger Berman Inc.
George H. Walker Chairman & CEO
605 Third Avenue
New York, NY  10158

Prudential Bache Securities, LLC
John Strangfeld Chairman & CEO
1 Liberty Plaza
New York, NY  10292

SG Americas Securities, LLC
Diony Lebot CEO
1221 Avenue of the Americas
New York, NY  10020

SunTrust Investment Services, Inc.
Tina Lewis 303 Peachtree Street
303 Peachtree Street
Suite 3600
Atlanta, GA  30308

Wulff-Hansen & Co.
Christopher Charles President
351 California Street
Suite 1000
San Francisco, CA  94104

BNY Convergex Execution Solutions LLC
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE  19808

Alpine Partners L.P.
Corporation Service Company
2711Centerville Road
Suite 400
Wilmington, DE  19808

Chicago Mercantile Exchange, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Chicago Mercantile Exchange, Inc.
Craig S. Donohue
30 S. Wacker Drive
4th Floor
Chicago, IL  60606

EWT, LLC
Corporation Service Company
As CSC - Lawyers Incorporating Service
1510 Merkley Ave., Suite 5
West Sacramento, CA  95691

First American Capital and Trading Corp.
Robert Devito
1499 W. Palmetto Pk Road
Suite 250
Boca Raton, FL  33486

Harris N.A.
Colleen Hennessy
111 W. Monroe St.
22nd Floor East
Chicago, IL  60603

Neuberger Berman Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Neuberger Berman Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Prudential Bache Securities, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

SG Americas Securities, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

SunTrust Investment Services, Inc.
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE  19808

Wulff-Hansen & Co.
Christopher Charles
351 California Street
Suite 1000
San Francisco, CA  94104