# EXHIBIT C

# EXHIBIT C

## PAYMENTS BY TRIBUNE TO EGI WITHIN 90 DAYS OF PETITION DATE

| **ENTITY** | **AMOUNT** | **DATE** | **PURPOSE** |
|---|---|---|---|
| **EGI** | $302,777.58 | 10/2/2008 | Expense reimbursement |
| | $265,090.74 | 12/4/2008 | Expense reimbursement |
| | $3,534.18 | 12/4/2008 | Expense reimbursement |
| | $15,157.90 | 12/2/2008 | Expense reimbursement |
| | $198.75 | 12/2/2008 | Expense reimbursement |
| Total | $586,759.15 | | |