IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　　-v-<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>　　　　　　　　　Defendants. | Adv. No. 10-54010 (KJC) |

## NOTICE OF APPEARANCE

David M. Powlen, of Barnes & Thornburg LLP, hereby enters this limited appearance in the above-captioned Adversary Proceeding as counsel for the defendants Morgan Stanley & Co. LLC (f/k/a Morgan Stanley & Co. Incorporated) and Morgan Stanley Smith Barney LLC (together, the "Defendants").

Neither this Appearance nor any subsequent pleading or conduct, shall constitute a consent by the Defendants to jurisdiction or otherwise to the maintenance of this Adversary Proceeding, or a waiver by the Defendants of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court;

(b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the Adversary Proceeding.

Dated: October 24, 2011

/s/ *David M. Powlen*
David M. Powlen (Del.No. 4978)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 888-4536
Facsimile: (302) 888-0246
E-mail: david.powlen@btlaw.com

*Counsel for Defendants Morgan Stanley & Co. LLC and Morgan Stanley Smith Barney LLC*

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a copy of the foregoing Notice of Appearance was served upon the following counsel for the Plaintiff by placing same in the United States mail, first class postage prepaid, on October 25, 2011:

Adam G. Landis
Daniel B. Rath
James S. Green
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
ZUCKERMAN SPAEDER LLP
1800 M Street, Suite 1000
Washington, D.C. 20036

                                                */s/ David M. Powlen*
                                                David M. Powlen (Del.No. 4978)
                                                BARNES & THORNBURG LLP
                                                1000 N. West Street, Suite 1200
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 888-4536
                                                Facsimile: (302) 888-0246
                                                E-mail: david.powlen@btlaw.com