## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Adversary Proceeding No. 10-54010 (KJC) |
| | : | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Milbank, Tweed, Hadley & McCloy LLP ("Milbank") hereby appears as counsel of record for Defendants BNP Paribas Securities Corp.; Brown Brothers Harriman & Co.; Deutsche Bank Securities Inc.; PNC Bank, National Association; Swiss American Securities, Inc.; TD Ameritrade Clearing, Inc.; UBS Financial Services Inc.; and UBS Securities LLC, and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

> MILBANK, TWEED, HADLEY & McCLOY LLP
> 1 Chase Manhattan Plaza, 46th Floor
> New York, New York 10005
> Telephone: (212) 530-5285
> Facsimile: (212) 822-5285
> Attn:   Alan J. Stone, Esq., astone@milbank.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives any defense or objection including, but not limited to, lack of jurisdiction and/or improper process and/or service of process.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against any entity either in this case or in any other action, are expressly reserved.

Dated: New York, New York
October 25, 2011

/s/ Alan J. Stone
MILBANK, TWEED, HADLEY & McCLOY LLP
Alan J. Stone
1 Chase Manhattan Plaza, 46th Floor
New York, New York 10005
Telephone: (212) 530-5285
Facsimile: (212) 822-5285
Email: astone@milbank.com

*Counsel for Defendants BNP Paribas Securities Corp.; Brown Brothers Harriman & Co..; Deutsche Bank Securities Inc.; PNC Bank, National Association; Swiss American Securities, Inc.; TD Ameritrade Clearing, Inc.; UBS Financial Services, Inc.; and UBS Securities LLC*