## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>　　　　　　　　　　Defendants. | Adv. No. 10-54010 (KJC)<br><br><br><br>Hearing Date: October 31, 2011 at 2:30 p.m.<br>Objection Deadline: October 25, 2011 at 4:00 p.m.<br>Related to Dkt Nos. 294 and 316 |

**OBJECTION OF MORGAN STANLEY & CO. LLC AND MORGAN STANLEY SMITH BARNEY LLC TO MOTION OF THE PLAINTIFF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANTS BNP PARIBAS SECURITIES CORP., BROWN BROTHERS HARRIMAN & CO., DEUTSCHE BANK SECURITIES INC., MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY, NATIONAL CITY CORP., PNC BANK, N.A. PERSHING LLC, SWISS AMERICAN SECURITIES, INC., TD AMERITRADE CLEARING, INC., UBS FINANCIAL SERVICES, INC., AND UBS SECURITIES LLC, AND JOINDER BY MORGAN STANLEY & CO. LLC AND MORGAN STANLEY SMITH BARNEY LLC TO RESPONSE BRIEF BY DEFENDANTS BNP PARIBAS SECURITIES CORP., ET AL. IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Morgan Stanley & Co. LLC (f/k/a Morgan Stanley & Co. Inc.) and Morgan

Stanley Smith Barney LLC (collectively, "**Morgan Stanley**") hereby object to the *Motion of the*

*Official Committee of Unsecured Creditors to Compel Production of Documents by Defendants*

*BNP Paribas Securities Corp., Brown Brothers Harriman & Co., Deutsche Bank Securities, Inc.,*

*Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney, National City Corp., PNC Bank, N.A., Pershing LLC, Swiss American Securities, Inc., TD Ameritrade Clearing, Inc., UBS Financial Services, Inc. and UBS Securities LLC* [Dkt. No. 294] (the "**Motion to Compel**") and hereby join in the *Response Brief Of Defendants BNP Paribas Securities Corp.; Brown Brothers Harriman & Co.; Deutsche Bank Securities Inc.; PNC Bank, National Association; Swiss American Securities, Inc.; TD Ameritrade Clearing, Inc.; UBS Financial Services, Inc.; and UBS Securities LLC, In Opposition To Plaintiff's Motion To Compel Production Of Documents* ("**Similarly Situated Defendants' Objection**") [Dkt. No. 316] to the Motion to Compel. In support of its Objection and Joinder, Morgan Stanley respectfully states as follows:[1]

1. Amongst other capacities, Morgan Stanley is named as a shareholder defendant in the above-captioned adversary proceeding (the "***Action***"), which is currently stayed pursuant to that certain Order of the Court dated October 27, 2010 [Dkt. No. 6150], as extended [Dkt. Nos. 9256 and 9703].

2. Morgan Stanley hereby incorporates by reference its prior responses and objections to the Subpoenas and Rule 34 Requests received from the Committee.

3. Morgan Stanley hereby joins in, adopts, and supports the Similarly Situated Defendants' Objection.

4. Morgan Stanley otherwise expressly reserves all of its rights, defenses, and positions with respect to the Action.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Compel.

WHEREFORE, Morgan Stanley respectfully requests that the Motion to Compel be denied, and that Morgan Stanley be granted such other and further relief as may be just and proper.

Dated: October 25, 2011
New York, New York

/s/ David M. Powlen
David M. Powlen (DE No. 4978)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-888-4536

– and –

Jonathan D. Polkes
Michael F. Walsh
Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
*Attorneys for Morgan Stanley*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing Objection and Joinder was served upon the following counsel for the Plaintiff by placing same in the United States mail, first class postage prepaid, and transmitting same via electronic mail, on October 25, 2011:

Adam G. Landis
Daniel B. Rath
James S. Green
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
ZUCKERMAN SPAEDER LLP
1800 M Street, Suite 1000
Washington, D.C. 20036

*/s/ David M. Powlen*
David M. Powlen (Del.No. 4978)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 888-4536
Facsimile: (302) 888-0246
E-mail: david.powlen@btlaw.com