**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Cases No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TRIBUNE COMPANY, *et al.*,<br><br>                Plaintiff,<br><br>       v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>                Defendants. | Adversary Proceeding No. 10-54010 (KJC) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                           ) SS
NEW CASTLE COUNTY   )

       Linda M. Rogers being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 1st day of November, 2011, she caused a copy of the following:

    *Order Granting Unsecured Creditors Committee's Standing Motions* **[Dkt. No. 73]**

    *Order Granting Motion of the Official Committee of Unsecured Creditors to Amend Complaint to Include Additional Defendants* **[Dkt. No. 323]**

    *Second Amended Complaint* **[Dkt. No. 327]**

    *Fourth Order Amending Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates* **[Dkt. No. 10132]**

to be served upon the parties identified on the attached list via first class mail and hand-delivery to the City of Wilmington addresses.

                                      *Linda M. Rogers*
                                    Linda M. Rogers

SWORN TO AND SUBSCRIBED before me this 2nd day of November, 2011.

                                  *Cathy A. Adams*
Notary Public
                CATHY A. ADAMS
                NOTARY PUBLIC
                STATE OF DELAWARE
                My commission expires March 5, 2014

TRIBUNE ADV. NO. 10-54010
ORDER AND SECOND AMENDED COMPLAINT
SERVICE LIST

(CO-COUNSEL FOR I.B.E.W. LOCAL 103 TRUST
FUND)
CHRISTOPHER J. KELLER, ESQUIRE
MICHAEL W. STOCKER, ESQUIRE
LABATON SUCHAROW LLP
140 BROADWAY
NEW YORK, NY 10005

(CO-COUNSEL FOR I.B.E.W. LOCAL 103 TRUST
FUND)
MICHAEL S. ETKIN, ESQUIRE
JOHN K. SHERWOOD, ESQUIRE
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY 07068

(COUNSEL TO AURELIUS CAPITAL
MANAGEMENT LP)
DANIEL H. GOLDEN, ESQUIRE
PHILIP C. DUBLIN, ESQUIRE
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

(COUNSEL TO AURELIUS CAPITAL
MANAGEMENT LP)
EDWARD A. FRIEDMAN, ESQUIRE
WILLIAM P. WEINTRAUB, ESQUIRE
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6516

(COUNSEL TO AURELIUS CAPITAL
MANAGEMENT LP)
WILLIAM P. BOWDEN, ESQUIRE
AMANDA WINFREE, ESQUIRE
ASHBY & GEDDES, P.A.
500 DELAWARE AVENUE
WILMINGTON, DE 19801

(COUNSEL TO DEBTORS)
BRYAN KRAKAUER, ESQUIRE
JAMES F. CONLAN, ESQUIRE
KENNETH P. KANSA, ESQUIRE
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

(COUNSEL TO DEBTORS)
NORMAN L. PERNICK, ESQUIRE
J. KATE STICKLES, ESQUIRE
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD,
P.A.
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

(COUNSEL TO RETIREMENT CLAIMANTS)
ADAM HILLER, ESQUIRE
DONNA HARRIS, ESQUIRE
PINCKNEY, HARRIS & WEIDINGER, LLC
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

(COUNSEL TO RETIREMENT CLAIMANTS)
JAY TEITELBAUM, ESQUIRE
TEITELBAUM & BASKIN, LLP
COUNSELORS AT LAW
1 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NEW YORK 10601

ADAGE CAPITAL ADVISORS, L.L.C.
NATIONAL CORPORATE RESEARCH, LTD
615 SOUTH DUPONT HWY
DOVER, DE 19901

AINSLEY G. MOLONEY
BINGHAM MCCUTCHEN LLP
ONE FEDERAL STREET
BOSTON, MA 02110-1726

ALAN J. STONE, ESQUIRE
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA, 46TH FLOOR
NEW YORK, NY 10005-1413

ALFRED C GLASSELL JR
1021 MAIN ST SUITE 2300
HOUSTON, TX 77002-6606

ALSON CAPITAL PARTNERS LLC
DEREK WEBB
CHIEF FINANCIAL OFFICER
250 W 57TH STREET, SUITE 2514
NEW YORK, NY 10107-2500

AMY D. ROY
ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

ANTHONY C. WHITE
THOMAS W. PALMER
THOMPSON HINE LLP
41 SOUTH HIGH STREET, SUITE 1700
COLUMBUS, OH 43215-6101

ANTOINETTE B BRUMBAUGH TRUST
C/O ANTOINETTE B BRUMBAUGH, TRUSTEE
PO BOX 755
WOODACRE, CA 94973

ARIZONA STATE RETIREMENT SYSTEM
C/O THE HONORABLE KEN BENNETT
SECRETARY OF STATE
1700 WEST WASHINGTON STREET, 7TH FLOOR
PHOENIX, AZ 85007-2888

ASHISH GANDHI
DAVID G. LITVACK
ANDREA C. SAAVEDRA
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

B TRADE SERVICES LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BALDWIN ENTERPRISES, INC.
LSN/CSC, INC.
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

BAXTER INTERNATIONAL INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BECHTEL CORPORATION
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

BERKELEY CAPITAL MANAGEMENT
KEVIN CUCCIAS
CHIEF EXECUTIVE OFFICER
ONE BUSH STREET
12TH FLOOR
SAN FRANCISCO, CA 94111-4113

BERNARD OSHER TRUST
C/O BERNARD OSHER TRUSTEE
ONE FERRY BUILDING
SUITE 255
SAN FRANCISCO, CA 94111-4243

BETTY BEAIRD
7530 INWOOD DR
HOUSTON, TX 77063-1802

BEVERLY PERRY
6920 WEBSTER ST
DOWNERS GROVE, IL 60516-3509

BRIAN BEHMER
DLA PIPER
401 B STREET, SUITE 1700
SAN DIEGO, CALIF. 92101-4297

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT
SYSTEM
C/O DEBRA BOWEN
CALIFORNIA SECRETARY OF STATE
1500 11TH STREET
SACRAMENTO, CA 95814

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT
SYSTEM
JOHN A MIKITA
SENIOR STAFF COUNSEL
400 Q STREET
LINCOLN PLAZA EAST, ROOM 1820
SACRAMENTO, CA 95814

CARLYLE MULTI-STRATEGY MASTER FUND
LTD
WILMINGTON TRUST CORPORATION COMPANY
RODNEY SQUARE NORTH
1100 N. MARKET STREET
WILMINGTON, DE 19801

CATHERINE L. NEWELL, ESQUIRE
DFA INVESTMENT DIMENSIONS GROUP, INC.
6300 BEE CAVE ROAD, BLDG ONE
AUSTIN, TX 78746

CHARLES C. CASALNOVA
CORPORATE COUNSEL
F.N.B. CORPORATION
ONE F.N.B,. BOULEVARD
HERMITAGE, PA 16148-3363

CHARLES C. JACKSON, ESQUIRE
THEODORE M. BECKER, ESQUIRE
MORGAN, LEWIS & BOCKIUS LLP
77 WEST WACKER DRIVE
CHICAGO, IL 60601

CHARLES SCHWAB INVESTMENT
MANAGEMENT, INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

CHRISTINE GILLEN
PRUDENTIAL LEGAL PROCESS UNIT
751 BROAD STREET
NEWARK, NJ 07102

CHRISTOPHER A. WARD, ESQUIRE
SHANTI M. KATONA, ESQUIRE
POLSINELLI SHUGHART PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

CHRISTOPHER J. GIAIMO
BAKER & HOSTETLER LLP
1050 CONNECTICUT AVENUE, NW
SUITE 1100
WASHINGTON, DC 20036-5304

CHRISTOPHER J. KELLER, ESQUIRE
MICHAEL W. STOCKER, ESQUIRE
LABATON SUCHAROW LLP
140 BROADWAY
NEW YORK, NY 10005

CHRISTOPHER MENTING
CLAY GREENE
NORTHWESTERN MUTUAL LAW DEPARTMENT
720 E. WISCONSIN, ROOM 450
MILWAUKEE, WI 53202

CITIGROUP GLOBAL MARKETS INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

CITIGROUP GLOBAL MARKETS INC.
VIKRAM S. PANDIT
CEO
388 GREENWICH STREET
NEW YORK, NY 10013

CNI CHARTER FUNDS
RICH GERSHEN
PRESIDENT & CEO
400 NORTH ROXBURY DRIVE
BEVERLY HILLS, CA 90210

COMPASS BANK
TRUST DIVISION
SHANE CLANTON, ESQ.
GENERAL COUNSEL
15 SOUTH 20TH STREET S #100
BIRMINGHAM, AL 35233-2011

CONSOLIDATED EDISON COMPANY OF NEW
YORK
KEVIN BURKE
CEO
4 IRVING PL, RM 1610
NEW YORK, NY 10003

CREDIT SUISSE FIRST BOSTON
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY 12207-2543

D E SHAW VALENCE PORTFOLIO LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

D.E. SHAW & CO., INC.
JOHN D. LOVI
STEPTOE & JOHNSON LLP
750 SEVENTH AVENUE
NEW YORK, NY 10019

DANIEL J. DONOVAN
DONOVAN & RAINIE, LLC
20 SOUTH CHARLES STREET
SUITE 300
BALTIMORE, MD 21201

DAVID J. BRADFORD
CATHERINE L. STEEGE
ANDREW W. VAIL
JENNER & BLOCK LLP
353 NORTH CLARK ST.
CHICAGO, IL 60654

DAVID M. KLAUDER, ESQUIRE
OFFICE OF THE UNITED STATES TRUSTEE
844 N. KING STREET, SUITE 2207
LOCK BOX 35
WILMINGTON, DE 19801

DAVID NEIER, ESQUIRE
WINSTON & STRAWN LLP
200 PARK AVENUE
NEW YORK, NY 10166

DAVID T.K. LU
1117 E. PUTNAM AVE.
#320
RIVERSIDE, CT 06878-1333

DECLAN M. BUTVICK
MARK N. PARRY
MOSES & SINGER LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

DEEPHAVEN CAPITAL MANAGEMENT LLC
MATTHEW SOLUM
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

DIAMONDBACK CAPITAL MANAGEMENT, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

DON SCOTT DE AMICIS
ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

DONALD M. HINMAN, JR.
9231 SOUTH 86TH COURT
HICKORY HILLS, IL 60457-1705

DONNELLY, CONROY & GELHAAR, LLP
ONE BEACON STREET, 33RD FLOOR
BOSTON, MA 02108

DOROTHY CAHN TRUST
C/O KENNETH CAHN TRUSTEE
2531 STONEBRIDGE LANE
NORTHBROOK, IL 60062-8107

DOROTHY QUAAL REVOCABLE TRUST
C/O DOROTHY QUAAL TRUSTEE
520 GREEN BAY ROAD
WINNETKA, IL 60093

DOROTHY QUAAL REVOCABLE TRUST
C/O WARD L QUAAL TRUSTEE
520 GREEN BAY ROAD
WINNETKA, IL 60093

DOUBLE BLACK DIAMOND OFFSHORE LTD.
C/O CARLSON CAPITAL L.P.
ATTN: LEGAL DEPARTMENT
2100 MCKINNEY AVENUE SUITE 1800
DALLAS, TX 75201

ESTATE OF LEAVITT J POPE
C/O MARTHA P POPE / EXECUTRIX
173 DORCHESTER RD
SCARSDALE, NY 10583

FEDERATED INVESTORS INC.
THE COMPANY CORPORATION
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

FEDERATED MDT STOCK TRUST
FEDERATED INVESTORS FUNDS
4000 ERICSSON DRIVE
WARRENDALE, PA 15086-7561

FIDELITY COMMONWEALTH TRUST
C/O ABIGAIL P. JOHNSON, TRUSTEE
82 DEVONSHIRE ST
BOSTON, MA 02109

FIDELITY CONCORD STREET TRUST
KIMBERLY H. MONASTERIO, PRESIDENT
82 DEVONSHIRE ST
BOSTON, MA 02109-3614

FIDUCIARY SSB
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111

FIRST INVESTORS MANAGEMENT COMPANY, INC.
JOSEPH I. BENEDEK
TREASURER
110 WALL STREET, FLR. 5
NEW YORK, NY 10005

FIXED INCOME SECURITIES, L.P.
MICHAEL P. DUDLEY
SVP, CHIEF COMPLIANCE OFFICER
18925 BASE CAMP ROAD
MONUMENT, CO 80132

FLICK FAMILY REVOCABLE TRUST
C/O JOHN E. FLICK & LOIS L. FLICK TRUSTEES
31 SEAVIEW DRIVE
SANTA BARBARA, CA 93108-2844

FLORIDA RETIREMENT SYSTEM
C/O FLORIDA SECRETARY OF STATE
KURT S. BROWNING
RA GRAY BUILDING
500 SOUTH BRONOUGH STREET
TALLAHASSEE, FL 32399-0250

FOLIO INVESTING F/K/A FOLIO INVESTMENTS, INC.
JOSEPH GWOZDZ
CFO
8180 GREENSBORO DRIVE
MCLEAN, VA 22102

FREDERICK V. LOCHBIHLER
CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, IL 60603

FREEMAN ASSOCIATES INVESTMENT
MANAGEMENT LLC
C/O CT CORPORATION SYSTEM
818 WEST 7TH STREET
LOS ANGELES, CA 90017

FREEMAN ASSOCIATES INVESTMENT
MANAGEMENT LLC
C/O FREEMAN INVESTMENT MANAGEMENT
3460 MARRON ROAD, SUITE 103
OCEANSIDE, CA 92056-4675

GENERAL MOTORS INVESTMENT
MANAGEMENT CORPORATION
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

GERALD W AGEMA REVOCABLE TRUST
C/O GERALD W AGEMA, TRUSTEE
12630 S TIMBERLANE DR
PALOS PARK, IL 60464

GOFEN AND GLOSSBERG, L.L.C.
WILLIAM H. GOFEN
455 CITYFRONT PLAZA SUITE 3000
CHICAGO, IL 60611

GOLDENTREE MASTER FUND, LTD., C/O
GOLDENTREE ASSET MANAGEMENT LP
NATIONAL CORPORATE RESEARCH, LTD.
615 SOUTH DUPONT HWY
DOVER, DE 19901

GRACE M MITCHELL
369 RACETRACK RD
HO-HO-KUS, NJ 07423-1627

GRYPHON HIDDEN VALUES VIII L.P.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

HEDGEHOG CAPITAL LLC
HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HIGHWAY
LEWES, DE 19958

HEDONIC CAPITAL LLC
HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HIGHWAY
LEWES, DE 19958

HFR ASSET MANAGEMENT LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

HITE CAPITAL MANAGEMENT, LLC
ALEX GREYSERMAN
PRINCIPAL
432 PARK AVENUE SOUTH
NEW YORK, NY 10016

HUDSON BAY FUND LP
NATIONAL CORPORATE RESEARCH, LTD.
615 SOUTH DUPONT HWY
DOVER, DE 19901

ILLINOIS STATE BOARD OF INVESTMENT
C/O ILLINOIS SECRETARY OF STATE
JESSE WHITE
213 STATE CAPITOL
SPRINGFIELD, IL 62756

INTERNATIONAL BUSINESS
MACHINES CORPORATION
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

ITG INC.
F/K/A INVESTMENT TECHNOLOGY GROUP, INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

J. MICHAEL SUTHERLAND, ESQUIRE
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 MAIN STREET, SUITE 5500
DALLAS, TX 75202

JAHAN P. RAISSI
SHARTSIS FRIESE LLP
ONE MARITIME PLAZA, 18TH FLOOR
SAN FRANCISCO, CA 94111-3598

JAMES L. LOCKWOOD
4028 CHESAPEAKE AVE.
HAMPTON, VA 23669

JENNIFER M. JACKSON
ASSISTANT ATTORNEY GENERAL
STATE OPERATIONS DIVISION
P.O. BOX 30754
LANSING, MICHIGAN 48909

JENNIFER S. KABAT
SENIOR STAFF ATTORNEY
1301 PENNSYLVANIA STREET
DENVER, CO 80203

JESSICA LIVELY
CADWALADER, WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

JOE LAMPORT
MERCER PARK, LP
767 FIFTH AVENUE
19TH FLOOR
NEW YORK, NY 10153

JOEL A. FEUER
GIBSON, DUNN & CRUTCHER LLP
2029 CENTURY PARK EAST
SUITE 4000
LOS ANGELES, CA 90067-3026

JOEL FRIEDLANDER, ESQUIRE
SEAN M. BRENNECKE, ESQUIRE
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 DELAWARE AVENUE
SUITE 1400
WILMINGTON, DE 19801

JOHN D. WORTHINGTON, IV
P.O. BOX 189
BEL AIR , MD 21014

JOHN HANCOCK FINANCIAL SERVICES, INC.
JAMES BOYLE, PRESIDENT
601 CONGRESS STREET
BOSTON, MA 02210-2805

JOHN P. SIEGER, ESQUIRE
KATTEN MUCHIN ROSENMAN LLP
525 W. MONROE ST.
CHICAGO, IL 60661

JOHN R. MCCAMBRIDGE, ESQUIRE
GEORGE R. DOUGHERTY, ESQUIRE
MICHAEL W. KAZAN, ESQUIRE
GRIPPO & ELDEN LLC
111 S. WACKER DRIVE
CHICAGO, IL 60606

JOHN SPEARS
1285 GULF SHORE BLVD, N APT 7A
NAPLES, FL 34102

JONATHAN D. POLKES
MICHAEL F. WALSH
RICHARD W. SLACK
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

JONATHAN L. KORB
GENERAL COUNSEL
LORING WOLCOTT AND COOLIDGE FIDUCIARY
ADVISORS, LLP
230 CONGRESS STREET
BOSTON, MA 02110-2437

JOSEPH C. WYLIE II
K&L GATES LLP
70 W. MADISON ST., STE. 3100
CHICAGO, IL 60602-4207

JUSTIN A. ALFANO
SEAN M. MURPHY
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005-1413

KENNETH S. LEONETTI
FOLEY HOAG LLP
SEAPORT WEST
155 SEAPORT BLVD.
BOSTON, MA 02210

KEVIN J. MANGAN, ESQUIRE
WOMBLE CARLYLE SANDRIDGE
& RICE LLP
222 DELAWARE AVENUE
SUITE 1501
WILMINGTON, DE 19801

KEVIN J. WALSH, ESQUIRE
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
POPEO, P.C.
ONE FINANCIAL CENTER
BOSTON, MA  02111

KRISTIE M. BLASÉ
SCHULTE ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK, NY 10022

KURT F. GWYNNE, ESQUIRE,
RICHARD A. ROBINSON,
REED SMITH LLP
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DELAWARE 19801

LAFFER INVESTMENTS, INC.
ARTHUR B. LAFFER, JR.
CHIEF EXECUTIVE OFFICER
103 MURPHY COURT
NASHVILLE, TN 37203

LATANISHIA D. WALTERS
HASKELL SLAUGHTER YOUNG & RODIKER,
LLC
1400 PARK PLACE TOWER
2001 PARK, PLACE NORTH
BIRMINGHAM, AL 35203

LAWRENCE J. KOTLER, ESQUIRE
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA  19103-4196

LEONARD A. GAIL, ESQUIRE
MASSEY & GAIL LLP
50 EAST WASHINGTON ST., SUITE 400
CHICAGO, IL 60602

LEWIS TAMAN
221 NORTH LASALLE
ROOM # 2016
CHICAGO, IL  60601-1206

LOCKWOOD BROTHERS INC.
JAMES A. LOCKWOOD, JR.
220 SALTERS CREEK ROAD
HAMPTON, VA 23661

LOEB ARBITRAGE MANAGEMENT LP
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

LOUISE R. OUTHOUSE REVOCABLE LIVING
TRUST
LOUISE R. OUTHOUSE TRUSTEE
2741 N. SALISBURY STREET
APT. 2108
WEST LAFAYETTE, IN 47906

LUCENT TECHNOLOGIES INC.
PATRICIA F. RUSSO
CHAIRMAN & CEO
600 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

LUPE CENTENO
RESEARCH CORRESPONDENCE
REPRESENTATIVE
UMB FUND SERVICES, INC. AS TRANSFER
AGENT FOR THE CNI CHARTER FUNDS
803 WEST MICHIGAN STREET
MILWAUKEE, WISCONSIN 53233

M & J INVESTMENT GROUP L.P.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MADISON STREET FUND, L.P.
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

MAPLE PARTNERS AMERICA INC.
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

MARCH GLOBAL ASSOCIATES, LLC
NOUBAR TOROSSIAN
CONTROLLER
555 5TH AVENUE, #14
NEW YORK, NY 10017

MARGARET S RITCH
4701 CONNECTICUT AVE NW
APT 103
WASHINGTON, DC 20008

MARIA E. TAUSSIG
ROPES & GRAY LLP
800 BOYLSTON TOWER
BOSTON, MA 02199-3600

MARK GOLDSTEIN, GENERAL COUNSEL
FIRST EAGLE INVESTMENT MANAGEMENT,
LLC
AN ARNHOLD AND S. BLEICHROEDER
COMPANY
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105-4300

MARK N. PARRY
DECLAN M. BUTVICK
MOSES & SINGER LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

MARK R. VERNAZZA, ESQUIRE
EDWARDS ANGELL PALMER & DODGE LLP
111 HUNNIGTON AVENUE
BOSTON, MA 02199

MARTIN J. CRISP, ESQUIRE
ROPES & GRAY
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

MARY CONIGLIO GSTT TE TRUST
C/O BEVERLY MACKINTOSH TRUSTEE
36 PARSONS HILL RD
WENHAM, MA 01984

MARY EATON
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

MATTHEW HALBOWER
123 OXFORD ROAD
KENILWORTH, IL 60043-1206

MATTHEW R. KIPP, ESQUIRE
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

MAXIM SERIES FUND, INC.
MITCHELL THOMAS GRENFELL GRAYE,
PRESIDENT
8515 EAST ORCHARD ROAD
GREENWOOD VILLAGE, CO 80111

MELLON CAPITAL MANAGEMENT
ALEXANDER HUBERTS, PRESIDENT
50 FREMONT ST., SUITE 3900
SAN FRANCISCO, CA 94105

METROPOLITAN LIFE INSURANCE COMPANY
C. ROBERT HENEIKSON
CHAIRMAN
27-01 QUEENS PLAZA NORTH
1 MET LIFE PLAZA
LONG ISLAND CITY, NY 11101

METROPOLITAN STOCK INDEX FUND
DAVID LAROCCA
SENIOR COUNSEL
METLIFE LEGAL AFFAIRS
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10056

MICHAEL A. GOLD, ESQUIRE
ELIZABETH A. CULLEY, ESQUIRE
C/O JEFFER MANGELS BUTLER & MITCHELL
LLP
1900 AVENUE OF THE STARS, SEVENTH FLOOR
LOS ANGELES, CA 90067-4308

MICHAEL DOCKTERMAN, ESQUIRE
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 WEST WACKER DRIVE
SUITE 3000
CHICAGO, IL 60606

MICHAEL P. RICHMAN
PATTON BOGGS LLP
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

MICHAEL T. HANNAFAN
BLAKE T. HANNAFAN
HANNAFAN & HANNAFAN, LTD.
ONE EAST WACKER DRIVE
SUITE 2800
CHICAGO, IL 60601

MILLENCO LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

MINNESOTA STATE BOARD OF INVESTMENT
HOWARD BICKER
EXECUTIVE DIRECTOR
60 EMPIRE DRIVE SUITE 355
SAINT PAUL, MN 55103

MR BERNARD E WATERMAN AND MRS EDITH B
WATERMAN
3719 CENTRAL AVENUE
FORT MYERS, FL 33901

MR KENNETH PETERSEN
11 WALDRON DRIVE
MARTINVILLE, NJ 08836-2201

MR. CHANDLER BIGELOW
TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

MUTUAL OF AMERICA CAPITAL MANAGEMENT
CORPORATION
AMIR LEAR
PRESIDENT AND CHIEF OPERATING OFFICER
320 PARK AVENUE
NEW YORK, NY 10022

MUTUAL OF AMERICA CAPITAL MANAGEMENT
CORPORATION
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

MUTUAL OF AMERICA INSTITUTIONAL FUNDS,
INC.
GEORGE L. MEDLIN
CHIEF FINANCIAL OFFICER AND TREASURER
320 PARK AVENUE
NEW YORK, NY 10022

MUTUAL OF AMERICA INVESTMENT
CORPORATION
GEORGE L. MEDLIN
CHIEF FINANCIAL OFFICER AND TREASURER
320 PARK AVENUE
NEW YORK, NY 10022

NANCY EVERETT
NICOLE E. WRIGLEY
WINSTON & STRAWN LLP
35 W. WACKER AVE.
CHICAGO, IL 60601-9703

NEAL R. TROUM, ESQUIRE
STRADLEY RONON STEVENS & YOUNG, LLP
30 VALLEY STREAM PARKWAY
MALVERN, PA 19355-1481

NORMAN M. MONHAIT, ESQUIRE
ROSENTHAL, MONHAIT & GODDESS, PA
919 MARKET STREET, SUITE 1401
P.O. BOX 1070
WILMINGTON, DE 19899

NORTHWESTERN MUTUAL SERIES FUND INC.
MR MARK GEORGE DOLL
PRESIDENT
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

NORTHWESTERN MUTUAL SERIES FUND, INC.
PATRICIA L. VAN KAMPEN
PRESIDENT
720 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

ONE BEACON AMERICA INSURANCE
COMPANY
ROGER M. SINGER
ONE BEACON STREET
BOSTON, MA 02108

ONE BEACON AMERICA INSURANCE
COMPANY
T. MICHAEL MILLER
PRESIDENT & CEO
ONE BEACON LANE
CANTON, MA 02021

PALOMA SECURITIES LLC
PAUL BESIGNANO, VICE PRESIDENT
TWO AMERICAN LANE
GREENWICH, CT 06836

PERRY PARTNERS L.P.
DAVID A. WILSON
THOMPSON HINE LLP
PARTNER
1920 N STREET, NW SUITE 800
WASHINGTON, D.C. 20036-1600

PETER GUIRGUIS, ESQUIRE
FULBRIGHT & JAWORSKI L.L.P
666 FIFTH AVENUE
NEW YORK, NY 10103-3198

POLLY H. HOWELLS
484 FIRST STREET
BROOKLYN, NY 11215-2606

PRINCIPAL VARIABLE CONTRACTS FUND, INC.
RALPH C. EUCHER
PRESIDENT AND CEO
711 HIGH STREET
DES MOINES, IA 50392-2080

PRISM PARTNERS I, L.P.
JERALD M. WEINTRAUB
44 MONTGOMERY STREET SUITE 4100
SAN FRANCISCO, CA 94104-4814

PRISM PARTNERS II OFFSHORE FUND
44 MONTGOMERY STREET
SUITE 4100
SAN FRANCISCO, CA 94104

PRISM PARTNERS III LEVERAGED LP
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

PRISM PARTNERS IV
LEVERAGED OFFSHORE FUND
44 MONTGOMERY STREET
SUITE 4100
SAN FRANCISCO, CA 94104

PRISM PARTNERS OFFSHORE FUND
44 MONTGOMERY STREET
SUITE 4100
SAN FRANCISCO, CA 94104

PROGRESSIVE CASUALTY INSURANCE
GLENN RENWICK
CHAIRMAN & PRESIDENT
630 WILSON MILLS RD
MAYFIELD VILLAGE OH,  44143

PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF MISSISSIPPI
PAT ROBERTSON
EXECUTIVE DIRECTOR
429 MISSISSIPPI STREET
JACKSON, MS 39201-1005

R MARK MALLORY TRUST
C/O R MARK MALLORY TRUSTEE
3312 LAKEWOOD CT
GLENVIEW, IL 60026

RABO CAPITAL SERVICES, INC.
RABOBANK NEDERLAND
245 PARK AVENUE
NEW YORK, NY 10167

RICHARD J. BERNARD
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

RICHARD S. MILLER, ESQUIRE
ROBERT T. HONEYWELL, ESQUIRE
K&L GATES LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

RICHARD SALDINGER, ESQUIRE
SHAW GUSSIS FISHMAN GLANTZ WOLFSON &
TOWBIN LLC
321 N. CLARK, SUITE 800
CHICAGO, IL 60654

RIEF RMP LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

RIEF TRADING LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

ROBERT A. SKINNER
ROPES & GRAY LLP
PRUDENTIAL TOWER, 800 BOYLSTON STREET
BOSTON, MA  02199-3600

ROBERT PLOTKIN, ESQUIRE
MCGUIRE WOODS LLP
2001 K. STREET, SUITE 400
WASHINGTON, DC 20006-1040

S & CO. INC.
DUDLEY H. WILLIS
PARTNER
50 CONGRESS STREET
BOSTON, MA  02109

SANFORD C. BERNSTEIN FUND, INC.
DIANNE F. LOB, PRESIDENT
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

SARAH A. SULKOWSKI
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K STREET, NW, SUITE 1100
WASHINGTON, DC 20006

SCOTT C SMITH TRUST
C/O SCOTT C SMITH TRUSTEE
1361 HACKBERRY LN
WINNETKA, IL 60093

SECURITY BENEFIT LIFE INSURANCE
COMPANY
KRIS ALAN ROBBINS, PRESIDENT
ONE SECURITY BENEFIT PLACE
TOPEKA, KS 66636-0001

SHARON ANNE BRADFORD CHRISTHILF
4201 LINKWOOD RD
BALTIMORE, MD 21210-2914

SI TRUST SERVICING
JOHN ARSENAULT
EXECUTIVE VICE PRESIDENT
80 WEST STREET SUITE 201
RUTLAND , VT 05701

SILVERCREST ASSET MANAGEMENT GROUP
LLC
DAVID CAMPBELL
1330 AVENUE OF THE AMERICAS 38TH FLOOR
NEW YORK, NY  10019

SOUTH CAROLINA RETIREMENT SYSTEM
MARK HAMMOND
SOUTH CAROLINA SECRETARY OF STATE
SUITE 525
COLUMBIA, SC 29201

STATE STREET GLOBAL ADVISORS
THE PRENTICE-HALL CORPORATION SYSTEM,
INC.
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

STEPHEN V. D'AMORE, ESQUIRE
WINSTON & STRAWN LLP
35 W. WACKER DRIVE
CHICAGO, IL 60601-9703

STEVEN T. HOORT
ROPES & GRAY LLP
PRUDENTIAL TOWER, 800 BOYLSTON STREET
BOSTON, MA 02199-3600

STRATEGIC PARTNERS OPPORTUNITY FUNDS
JUDY A. RICE
PRESIDENT AND PRINCIPAL EXECUTIVE
OFFICER
GATEWAY CENTER 3 100 MULBERRY STREET
NEWARK, NJ 7102

SUNRISE PARTNERS LP
DOUGLAS AMBROSE, VICE PRESIDENT
TWO AMERICAN LANE
GREENWICH, CT 06836

SUSQUEHANNA CAPITAL GROUP
JONATHAN FIEBACH, PRESIDENT
401 CITY LINE AVE, STE 220
BALA CYNWYD, PA 19004-1122

SUSQUEHANNA INVESTMENT
REGISTERED AGENT, LTD.
1220 N. MARKET ST., SUITE 804
WILMINGTON, DE 19801

SYMETRA FINANCIAL CORP
NATIONAL REGISTERED AGENTS, INC.
160 GREENTREE DRIVE, SUITE 101
DOVER, DE 19904

SYMETRA LIFE INSURANCE CO.
RANDY TALBOT, PRESIDENT
777 108TH AVENUE N.E. SUITE 1200
BELLEVUE, WA 98004-5135

TALON OPPORTUNITY PARTNERS LP
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

TBK PARTNERS, LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

THE ALLIANCE BERNSTEIN PORTFOLIOS
C/O JOSEPH J. MANTINEO
TREASURER AND CHIEF FINANCIAL OFFICER
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

THE DFA INVESTMENT TRUST COMPANY
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

THE GLENMEDE TRUST COMPANY, N.A.
JAMES R. BELANGER
SENIOR VICE PRESIDENT, CORPORATE
COUNSEL
ONE LIBERTY PLACE, SUITE 1200
1650 MARKET STREET
PHILADELPHIA, PA 19103-7391

THE MERGER FUND VL
FREDERICK W. GREEN
PRESIDENT
100 SUMMIT LAKE DRIVE
VALHALLA, NY 10595

THE UNIVERSAL INSTITUTIONAL FUNDS, INC.
RANDY TAKIAN
522 FIFTH AVENUE
NEW YORK, NY 10036

THE VICTORY PORTFOLIOS
MICHAEL POLICARPO II
PRESIDENT
3435 STELZER RD
COLUMBUS, OH 43219

THERESE KING-NOHOS, ESQUIRE
DEWEY & LEBOEUF
TWO PRUDENTIAL PLAZA
SUITE 3700
180 NORTH STESON AVENUE
CHICAGO, IL 60601

THOMAS F. HOLT, JR.
WILLIAM G. POTTER
K&L GATES LLP
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111

THOMAS G AYERS TRUST
C/O JOHN S AYERS TRUSTEE AND
CATHERINE A ALLEN TRUSTEE
595 RIVERVIEW DR
ANN ARBOR, MI 48104

TOBEY MARIE DALUZ, ESQUIRE
BALLARD SPAHR LLP
919 N. MARKET ST., 11TH FL
WILMINGTON, DE 19801

TOWER GREENSPUN DGSPT, LLC
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TOWER GREENSPUN JGGSTP, LLC
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TOWER GREENSPUN SGFFT, LLC
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TOWER GREENSPUN, L.L.C.
C/O CORPORATION SERVICE COMPANY
REGISTERED AGENT
2711 CENTERVILLE RD., SUITE 400
WILMINGTON, DE 19808

TREASURER OF THE STATE OF N.C.
ELAINE F. MARSHALL
NORTH CAROLINA SECRETARY OF STATE
2 SOUTH SALISBURY STREET
RALEIGH, NC 27601

TRUST CO. OF VERMONT
JOHN R. DAVIDSON
151 MAIN STREET
BRATTLEBORO, VT 5301

U.S. TRUST CORPORATION
MICHAEL J. MURPHY
SENIOR VICE PRESIDENT
114 WEST 47TH STREET 25TH FLOOR
NEW YORK, NY 10036-1532

UBS FINANCIAL SERVICES, INC.
ATTN: ROBERT MATTHEWS
1200 HARBOR BLVD.
WEEHAWKEN, NJ 07086

UBS INDEX TRUST
PRESIDENT
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6028

UBS SECURITIES LLC
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON, DE 19808

UNIVERSITY OF CALIFORNIA REGENTS
C/O CALIFORNIA SECRETARY OF STATE
DEBRA BOWEN
1500 11TH STREET
SACRAMENTO, CA 95814

VINCENT R. CAPPUCCI, ESQUIRE
JORDAN A. CORTEZ, ESQUIRE
ENTWISTLE & CAPPUCCI LLP
280 PARK AVENUE, 26 FLOOR WEST
NEW YORK, NY 10017

WARD L QUAAL
520 GREEN BAY ROAD
WINNETKA, IL 60093

WERB & SULLIVAN
DUANE D. WERB
300 DELAWARE AVENUE, SUITE 1300
WILMINGTON, DE 19801

WG TRADING CO LP
ROBB EVANS & ASSOCIATES LLC
RECEIVER IN THE MATTER OF WG TRADING
11450 SHELDON ST
SUN VALLEY, CA 91352-1121

WHITE MOUNTAINS REINSURANCE COMPANY
OF AMERICA
DWIGHT EVANS
PRESIDENT AND CEO
ONE LIBERTY PLAZA-9TH FLOOR
NEW YORK, NY 10006

WILLIAM F. WARCHOL
5558 S TALMAN AVE
CHICAGO, IL  60629-1034

WILLIAM JAMES BELL TRUST
C/O WILLIAM J BELL TRUSTEE
C/O BELL PHILLIP TELEVISION
7800 BEVERLEY BLVD. SUITE 3371
LOS ANGELES, CA 90036-2112

WILLIE H. SHERROUSE
3800 PLACID DRIVE
MONROE, LA 71201

WILSHIRE MUTUAL FUNDS, INC.
MICHAEL WAUTERS
TREASURER
1299 OCEAN AVENUE SUITE 700
SANTA MONICA, CA 90401

WILSHIRE VARIABLE INSURANCE TRUST
LAWRENCE DAVANZO, PRESIDENT
1299 OCEAN AVENUE, SUITE 700
SANTA MONICA , CA 90401

WINCHESTER EVENING STAR INC.
THOMAS T. BYRD
2 N. KENT STREET
WINCHESTER, VA 22601-5038

WINDY A. HILLMAN
WARGO & FRENCH LLP
1170 PEACHTREE STREET, N.E.
SUITE 2020
ATLANTA, GEORGIA 30309

WIRTZ CORPORATION
MAX E. MOHLER
680 LAKE SHORE DRIVE
19TH FLOOR
CHICAGO, IL 60611-4548

YIELD STRATEGIES FUND I LP
C/O CAMDEN ASSET MANAGEMENT
BRUCE MILES ELIOT
2029 CENTURY PARK EAST, SUITE 2010
LOS ANGELES, CA 90067

ZEBRA CAPITAL MANAGEMENT, LLC
RAVI BANERJEE
PARTNER - COO
612 WHEELERS FARMS ROAD
MILFORD, CT 06461