# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Tribune Company |
| **Case Number:** | 08-13141-KJC  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 31, 2011 02:30 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

## *Matters:*

1) **ADV: 1-10-54010**
   **Motion to Compel**
   **R / M #:**   0 / 0

2) **ADV: 1-10-54010**
   **Termination Event; Zell objection**
   **R / M #:**   0 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1 - Order Due
#2 - Order Signed