# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, et al.,<br><br>                      Plaintiff,<br><br>-v-<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>                      Defendants. | Adversary Proceeding No. 10-54010 (KJC)<br><br><br><br>Ref. Nos. 294, 330 |

## ORDER GRANTING IN PART AND DENYING IN PART MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANTS BNP PARIBAS SECURITIES CORP., BROWN BROTHERS HARRIMAN & CO., DEUTSCHE BANK SECURITIES INC., MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY, NATIONAL CITY CORP., PNC BANK, N.A., PERSHING LLC, SWISS AMERICAN SECURITIES, INC., TD AMERITRADE CLEARING, INC., UBS FINANCIAL SERVICES, INC., AND UBS SECURITIES LLC

Upon consideration of the motion of the Official Committee of Unsecured Creditors of Tribune Company (the "Committee") to compel the production of information by Defendants BNP Paribas Securities Corp.; Brown Brothers Harriman & Co.; Deutsche Bank Securities Inc.; Morgan Stanley & Co. LLC; Morgan Stanley Smith Barney; National City Corp.; PNC Bank, National Association; Pershing LLC; Swiss

{698.001-W0017532.}

American Securities, Inc.; TD Ameritrade Clearing, Inc.; UBS Financial Services, Inc.; and UBS Securities LLC (collectively, the "Defendants"), the responses and objections thereto, and the entire record in this matter, it is hereby

ORDERED that the Motion is granted in part and denied in part; it is further

ORDERED that Defendants' respective objections to production of Shareholder Information asserted in response to the Rule 34 Requests are overruled except to the extent sustained as set forth herein; it is further

ORDERED that the Court's October 27, 2010 Order granting the Committee standing to initiate and prosecute the above-captioned adversary proceeding [D.I. 6150] authorizes the Committee to immediately pursue discovery of the names and addresses of former Tribune shareholders who received LBO Proceeds ("Shareholder Contact Information") from Defendants; it is further

ORDERED that Defendants shall produce Shareholder Contact Information to the Committee within sixty (60) days of the entry of this Order; it is further

ORDERED that the information produced by Defendants pursuant to this Order shall be subject to the Court's August 8, 2011 Protective Order [Adv. D.I. 152]; and it is further

ORDERED that the Court shall retain jurisdiction over any and all issues arising from or related to the implementation or interpretation of this Order.

Dated: Nov 4, 2011
Wilmington, DE

Kevin J. Carey
United States Bankruptcy Judge

{698.001-W0017532.}

2