# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

824 Market Street
Wilmington, DE 19801
(302) 252-2900

April 5, 2012

To:     United States District Court for the Southern District of New York
500 Pearl St
Attn: MDL Dept. Shante Jones
New York, NY 10007

Re:     Case Name:     The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. v. Dennis J. Fitzsimmons, et al.

Case #:     10-54010-KJC

Pursuant to the Order of the United States Judicial Panel on Multidistrict Litigation, Case MDL No. 2296, *Lifting Stay of Conditional Transfer Order And Vacating The March 29, 2012, Hearing Session Order* wherein the action *Official Committee of Unsecured Creditors of Tribune Company, et al., v. FitzSimmons, et al.,* District of Delaware Bankruptcy Adversary Proceeding 10-54010 KJC, having been transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable William H. Pauley III, the Bankruptcy Court for the District of Delaware hereby transfers this case to the United States District Court for the Southern District of New York.

Enclosed are certified copies of the docket. The documents were electronically filed and can be viewed through the Court's ECF link at www.deb.uscourts.gov.

Please acknowledge receipt of this document.

Sincerely,

By: __ Ken Brown____                                            David D. Bird
       Deputy Clerk                                                        Clerk of Court

I, _____, hereby acknowledge

receipt of the above Record on Transferring of case this_____day of_____, 201 .

Our case number is _____.

_____
      Signature